H. GOODMAN & SONS, Inc., and Fleming & Keevers Co., Inc., Plaintiffs-Appellants, v. Jack RUBIN and Noah Rubin, Copartners Trading under the Firm Name and Style of Rubin Bros., Defendants-Appellees.

No. 319.

Circuit Court of Appeals, Second Circuit.
April 1, 1935.

G. H. Mitchell and MacNeil Mitchell, both of New York City, for H. Goodman & Sons, Inc.

David P. Siegel, of New York City (H. C. Bierman, of New York City, of counsel), for appellees.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree (4 F. Supp. 241) affirmed.

HOME INDEMNITY COMPANY, Appellant, v. Marion WASSON, Bank Commissioner, etc., et al.

No. 10180.

Circuit Court of Appeals, Eighth Circuit.
April 16, 1935.

Thomas S. Buzbee, of Little Rock, Ark., for appellant.

Verne McMillen, of Little Rock, Ark., John Baxter, of Dermott, Ark., and Wallace Townsend, Murray O. Reed, Henry Donham, and Sam Rorex, all of Little Rock, Ark., for appellees.

PER CURIAM.

Appeal dismissed, at costs of appellant, per stipulation of parties.

George HOSKINS, Appellant, v. UNITED STATES of America.

No. 10260.

Circuit Court of Appeals, Eighth Circuit.
Feb. 26, 1935.

Roy Hamlin and William H. Hays, both of Hannibal, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for the United States.

PER CURIAM.

Appeal docketed and dismissed for want of prosecution, on motion of appellee.